UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRINA ASIEDU,

                Plaintiff,          19 **CIVIL** 11825 (ER)

     -against-               **JUDGMENT**

BROADREACH MEDICAL RESOURCES
*and* J.N. SAVASTA CORP.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           September 14, 2022

                                                  **RUBY J. KRAJICK**

                                                    _____
                                                       **Clerk of Court**

                   **BY:**
                                                      _____
                                                      **Deputy Clerk**